**Dismissed and Memorandum Opinion filed April 9, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00859-CV

---

### JEREMY CHARLES, Appellant

### V.

### VICTORIA GARDEN/MURRAY HILL APARTMENTS, Appellee

---

**On Appeal from the County Court at Law No. 4**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-CCV-045792**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final judgment signed September 17, 2012. The clerk's record was filed November 29, 2012. The reporter's record was filed December 3, 2012. Appellant's brief was due January 2, 2013, but it was not filed. Appellant also did not request an extension of time to file the brief. *See* Tex. R. App. P. 38.6(a), (d).

On January 24, 2012, this court issued an order stating that unless appellant

filed a brief within thirty days, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Jamison, and Busby.